# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**WILLIAM E. STEPHENSON,**

    **Plaintiff,**

vs.

    Civil Action 2:10-cv-00609
    Judge Gregory L. Frost
    Magistrate Judge E. A. Preston Deavers

**THE OHIO STATE UNIVERSITY,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the July 23, 2010, Report and Recommendation of the Magistrate Judge (Doc. 5). The Magistrate Judge recommended that the Court dismiss Plaintiff's action as frivolous. On August 3, 2010, Plaintiff filed his Objection to the Report and Recommendation.

The Court has conducted a *de novo* review of the portions of the Report and Recommendation to which Plaintiff objects. *See* 28 U.S.C. § 636(b)(1). In his Objection, Plaintiff raises no new issues which the Magistrate Judge did not already consider and reject. Finding no error in the Magistrate Judge's application of the law, the Court **ADOPTS** the Report and Recommendation and **OVERRULES** Plaintiff's Objection (Doc. 6). Additionally, the Court finds that any appeal of this decision, pursuant to 28 U.S.C. § 1915(a)(3), would not be taken in good faith.

    **IT IS SO ORDERED.**

                                    /s/ Gregory L. Frost
                                    **GREGORY L. FROST**
                                    **UNITED STATES DISTRICT JUDGE**